Kim D. Cannon (Wyoming State Bar #5-1401)
J. Mark Stewart (Wyoming State Bar #6-4121)
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:     (307) 672-7491
Facsimile:     (307) 672-8955
cannon@davisandcannon.com
mark@davisandcannonchey.com

John A Hutchings (*pro hac vice*)
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Phone:         (303)777-3737
Facsimile:     (303) 777-3823
jhutchings@dillanddill.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NAOMI L. MILES REVOCABLE TRUST, ) <br> NAOMI L. MILES, TRUSTEE, and CHARLES ) <br> W. MILES, JR. TRUST, NAOMI L. MILES ) <br> TRUSTEE, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DENNIS R. LAWRENCE, et al. ) <br> ) <br> Defendants. ) <br> **AND** ) <br> ) <br> RUSSELL C. FIELDGROVE, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DENNIS R. LAWRENCE, et al ) <br> ) | Case Nos.   10-CV-0034-D <br> 10-CV-0104-D <br> 10-CV-0120-D |

|  |  |
|---|---|
| Defendants. | ) |
| | ) |
| **AND** | ) |
| | ) |
| THE MARTHA W. GIBBS REVOCABLE | ) |
| TRUST, SUSAN GIBBS, SCOTT M. GIBBS, | ) |
| AND JAMES W. GIBBS, TRUSTEES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| DENNIS R. LAWRENCE, et al. | ) |
| | ) |
| Defendants | ) |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO DISMISS PURSUANT
TO FED.R.CIV.P. 12(b)(2) OF TIC CAPITAL MARKETS, INC.,
PACIFIC SECURITY INCOME PARTNERS, LP,
AND PACIFIC SECURITIES GROUP, INC.**

Plaintiffs, by and through their attorneys, Davis & Cannon, LLP and Dill Dill Carr Stonbraker & Hutchings, P.C., request that this Court, in resolving the Motion to Dismiss of Defendants TIC Capital Markets, Inc., Pacific Security Income Partners, LP, and Pacific Security Group, Inc., pursuant to Fed.R.Civ.P. 12(b)(2), take judicial notice of the documents and records identified below, which are public records. The Court may properly take judicial notice of the documents and records identified below without converting such Defendants Motion to Dismiss pursuant to Rule 12(b)(2) to a Motion for Summary Judgment. *Topliff v. Atlas Air, Inc.*, 60 F.Supp.2d 1175, 1176-77 (D. Kan. 1999).

**No.**  **Document**

1.
Broker Check Report of Direct Capital Securities, Inc. dated August 3, 2010, obtained from the public records of the Financial Industry Regulatory Authority website at www.finra.org (**Exhibit A to the Affidavit of John A. Hutchings**

2. Annual Audited Report Form X-17A-5, Part III of Direct Capital Securities, Inc. for the year ended December 31, 2006, obtained from the United States Securities and Exchange Commission website at www.sec.gov (**Exhibit B to the Affidavit of John A. Hutchings**)

3. Annual Audited Report Form X-17A-5, Part III of Direct Capital Securities, Inc. for the year ended December 31, 2007, obtained from the United States Securities and Exchange Commission website at www.sec.gov (**Exhibit C to the Affidavit of John A. Hutchings**)

4. Annual Audited Report Form X-17A-5, Part III of Direct Capital Securities, Inc. for the year ended December 31, 2008, obtained from the United States Securities and Exchange Commission website at www.sec.gov (**Exhibit D to the Affidavit of John A. Hutchings**)

Respectfully submitted this 1st day of October, 2010.

DAVIS & CANNON, LLP

By: _s/_____
J. Mark Stewart
422 West 26th Street
P.O. Box 43
Cheyenne, WY 82003
Telephone:   (307) 634-3210
Facsimile:    (307) 778-7118
mark@davisandcannonchey.com

Kim D. Cannon
DAVIS & CANNON, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:   (307) 672-7491
Facsimile:    (307) 672-8955
cannon@davisandcannon.com

John A Hutchings (*pro hac vice*)
DILL DILL CARR STONBRAKER
  & HUTCHINGS, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Phone:        (303)777-3737
Facsimile:    (303) 777-3823
jhutchings@dillanddill.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing on the 1st day of October, 2010 to the following:

| | |
|---|---|
| Jeffrey C Brinkerhoff<br>Mark W. Gifford<br>Gifford & Brinkerhoff<br>jeff@giffordbrinkerhoff.com<br>mark@giffordbrinkerhoff.com | K Lawson Pedigo<br>Miller Keffer Bullock & Pedigo<br>KLPedigo@mkp-law.net |
| David A. Baugh<br>Baugh Dalton Carlson & Ryan, LLC<br>dbaugh@baughdaltonlaw.com | Charles W. Gameros, Jr.<br>Hoge & Gameros<br>bgameros@legaltexas.com |
| Thomas N Long<br>Laura Jean Jackson<br>Long Reimer Winegard<br>tlong@lrw-law.com<br>ljackson@lrw-law.com | David F. DeFazio<br>DeFazio Law Office<br>david@defaziolaw.com |
| Jason Tangeman<br>Anthony Nicholas Goodrich & Tangeman<br>jtangeman@wyolegal.com | Rick L. Koehmstedt<br>Schwartz, Bon, Walker & Struder, LLC<br>rick@schwartzbon.com |
| Michael T. McConnell<br>McConnell Fleischner Houghtaling & Craigmile, LLC<br>mmcconnell@mfhc.com | Thomas N. Fitzgibbon<br>Kimberly L. Thigpen<br>Pfeiffer Thigpen FitzGibbon & Ziontz LLP<br>tnf@ptflaw.com<br>klt@ptflaw.com |

**and sent either electronically or by mail to:**
Nathan Glossi
605 E. Myrtle Street
Fort Collins, CO 80524
Email: nglossi@hotmail.com

*s/*_____